IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20-CR-3087 |
| vs. | ORDER |
| MICHAEL MCMANUS, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Forfeiture Allegation (filing 49). Pursuant to Fed. R. Crim. P. 48(a), leave of court is given for dismissal of the forfeiture allegation.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss Forfeiture Allegation (filing 49) is granted.

2. The forfeiture allegation of the superseding indictment (filing 27) is dismissed.

Dated this 22nd day of October, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge